AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchwald, Naomi R. | SOUTHERN DISTRICT OF NEW YORK | 5/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  POA: Accounts 1-7 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Partner at law firm of Kelley, Drye & Warren LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | O | T | | | | | |
| 2. Citibank (IRA) 1 | | None | | | Closed | 02/15/11 | O | | |
| 3. Vanguard Voyager (IRA) | A | Dividend | K | T | Open | 02/23/11 | K | | |
| 4. Citibank (IRA) 2 | | None | | | Closed | 02/22/11 | K | | |
| 5. Schwab (IRA) | A | Interest | O | T | | | | | |
| 6. | D | Dividend | | | | | | | |
| 7. ---- Citifund Cash Reserves Class N | | | | | Redeemed | 01/13/11 | M | | |
| 8. --- Schwab Deposit Acount | A | Interest | M | T | Open | 01/13/11 | J | | |
| 9. --- Analogue Devices (Common) | A | Dividend | | | Sold | 08/04/11 | L | | |
| 10. | | | | | Buy | 08/10/11 | L | | |
| 11. | | | | | Sold | 08/17/11 | L | A | |
| 12. --- Applied Materials (Common) | B | Dividend | K | T | | | | | |
| 13. --- Time Warner (Common) | A | Dividend | J | T | | | | | |
| 14. --- Time Warner Cable (Common) | A | Dividend | K | T | | | | | |
| 15. --- AOL Inc. (Common) | | None | J | T | | | | | |
| 16. --- Intel (Common) | C | Dividend | | | Sold | 04/15/11 | M | | |
| 17. | | | | | Buy | 08/10/11 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 08/17/11 | M | B | |
| 19. | | | | | Buy | 08/23/11 | M | | |
| 20. | | | | | Sold | 08/26/11 | M | C | |
| 21. | | | | | Buy | 08/31/11 | M | | |
| 22. | | | | | Buy | 09/14/11 | M | | |
| 23. | | | | | Sold | 09/19/11 | N | E | |
| 24. | | | | | Buy | 09/22/11 | M | | |
| 25. | | | | | Buy | 10/12/11 | M | | |
| 26. | | | | | Buy | 10/27/11 | N | | |
| 27. | | | | | Sold | 12/06/11 | N | C | |
| 28. --- International Rectifier (Common) | None | | K | T | | | | | |
| 29. --- Microsoft (Common) | | | | | Sold | 08/04/11 | M | | |
| 30. | | | | | Buy | 08/10/11 | M | | |
| 31. | | | | | Sold | 08/17/11 | M | B | |
| 32. | | | | | Buy | 08/22/11 | M | | |
| 33. | | | | | Sold | 08/26/11 | M | D | |
| 34. --- Moduslink Global Solutions (Common) | None | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --- Amazon (Common) | | None | N | T | Buy | 01/20/11 | M | | |
| 36. | | | | | Buy | 04/26/11 | M | | |
| 37. | | | | | Sold (part) | 04/27/11 | M | D | |
| 38. | | | | | Sold | 06/07/11 | M | C | |
| 39. | | | | | Buy | 07/15/11 | N | | |
| 40. | | | | | Sold | 07/15/11 | N | C | |
| 41. | | | | | Buy | 07/21/11 | N | | |
| 42. | | | | | Sold | 07/22/11 | N | C | |
| 43. | | | | | Buy | 07/27/11 | M | | |
| 44. | | | | | Buy | 08/02/11 | M | | |
| 45. | | | | | Sold | 08/04/11 | N | | |
| 46. | | | | | Buy | 08/15/11 | M | | |
| 47. | | | | | Sold | 09/02/11 | M | D | |
| 48. | | | | | Buy | 09/26/11 | N | | |
| 49. | | | | | Buy | 10/18/11 | M | | |
| 50.   --- Baidu (ADR's) | | None | | | Buy | 05/11/11 | M | | |
| 51. | | | | | Buy | 06/02/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/07/11 | M | | |
| 53. | | | | | Buy | 06/13/11 | M | | |
| 54. | | | | | Sold | 06/14/11 | M | D | |
| 55. | | | | | Buy | 07/18/11 | M | | |
| 56. | | | | | Sold | 07/18/11 | M | B | |
| 57. | | | | | Buy | 08/23/11 | M | | |
| 58. | | | | | Sold | 08/23/11 | M | C | |
| 59. | | | | | Buy | 08/29/11 | M | | |
| 60. | | | | | Sold | 08/30/11 | M | D | |
| 61. | | | | | Buy | 08/31/11 | M | | |
| 62. | | | | | Sold | 08/31/11 | M | A | |
| 63. --- Cisco (Common) | A | Dividend | | | Buy | 02/11/11 | K | | |
| 64. | | | | | Sold | 07/22/11 | K | | |
| 65. --- Apple (Common) | | None | | | Buy | 08/10/11 | M | | |
| 66. | | | | | Sold | 08/15/11 | M | D | |
| 67. --- Valero (Common) | A | Dividend | K | T | Buy | 01/14/11 | K | | |
| 68. | | | | | Buy | 02/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 02/08/11 | L | D | |
| 70. | | | | | Buy | 03/03/11 | L | | |
| 71. --- Rambus (Common) | | None | K | T | Buy | 10/14/11 | K | | |
| 72. --- Research In Motion (Common) | | None | | | Buy | 09/15/11 | K | | |
| 73. | | | | | Sold | 12/16/11 | K | | |
| 74. --- Whirlpool (Common) | | None | | | Buy | 09/14/11 | M | | |
| 75. | | | | | Sold | 10/12/11 | M | E | |
| 76. --- Yahoo (Common) | | None | M | T | Buy | 12/27/11 | M | | |
| 77. JPMorgan Chase Accounts | A | Interest | K | T | | | | | |
| 78. Schwab Account -- NY Muni Money Mkt | D | Int./Div. | N | T | | | | | |
| 79. Merrill Lynch Cash Acc- formerly Bk of America cash reserve | C | Dividend | K | T | | | | | |
| 80. Treasury Direct | A | Interest | N | T | | | | | |
| 81. Time Warner Common Stock | A | Dividend | K | T | | | | | |
| 82. Applied Materials Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 83. Blount Common Stock | | None | J | T | | | | | |
| 84. Intel Common Stock (IRA) | C | Dividend | L | T | Sold (part) | 01/03/11 | N | | |
| 85. | | | | | Buy | 01/06/11 | N | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   P4 =More than $50,000,000
   (See Column C2)            U =Book Value            V =Other                  S =Assessment                T =Cash Market
                                                                                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 01/06/11 | N | B | |
| 87. | | | | | Buy | 3/30/11 | M | | |
| 88. | | | | | Buy | 4/1/11 | M | | |
| 89. | | | | | Sold (part) | 04/04/11 | N | | |
| 90. | | | | | Buy | 04/04/11 | K | | |
| 91. | | | | | Buy | 04/14/11 | N | | |
| 92. | | | | | Buy | 9/28/11 | M | | |
| 93. | | | | | Buy | 10/4/11 | L | | |
| 94. | | | | | Buy | 10/6/11 | K | | |
| 95. | | | | | Sold (part) | 10/7/11 | M | | |
| 96. | | | | | Sold (part) | 10/11/11 | N | E | |
| 97. | | | | | Buy | 10/12/11 | M | | |
| 98. | | | | | Sold (part) | 10/12/11 | M | B | |
| 99. | | | | | Sold (part) | 10/18/11 | M | D | |
| 100. | | | | | Buy | 10/27/11 | N | | |
| 101. | | | | | Buy | 11/4/11 | M | | |
| 102. | | | | | Sold (part) | 11/11/11 | N | B | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 11/16/11 | M | | |
| 104. | | | | | Sold (part) | 11/18/11 | N | | |
| 105. | | | | | Buy | 12/1/11 | M | | |
| 106. | | | | | Sold (part) | 12/5/11 | M | C | |
| 107. | | | | | Buy | 12/8/11 | M | | |
| 108. | | | | | Sold (part) | 12/9/11 | N | D | |
| 109. Analogue Devices Common Stock (IRA) | | None | | | Sold | 8/17/11 | L | | |
| 110. International Rectifier Common Stock (IRA) | | None | K | T | | | | | |
| 111. Microsoft Common Stock (IRA) | B | Dividend | M | T | Buy | 04/27/11 | M | | |
| 112. | | | | | Buy | 04/28/11 | M | | |
| 113. | | | | | Sold (part) | 04/28/11 | L | A | |
| 114. | | | | | Sold (part) | 7/22/11 | J | A | |
| 115. | | | | | Sold | 8/4/11 | M | | |
| 116. | | | | | Buy | 11/15/11 | N | | |
| 117. | | | | | Sold (part) | 12/30/11 | M | | |
| 118. Google Common Stock | | None | | | Buy | 01/27/11 | O | | |
| 119. | | | | | Buy | 2/15/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/15/11 | N | C | |
| 121. | | | | | Sold (part) | 03/07/11 | N | | |
| 122. | | | | | Buy | 03/08/11 | O | | |
| 123. | | | | | Sold (part) | 03/08/11 | N | B | |
| 124. | | | | | Sold | 03/15/11 | P1 | | |
| 125. | | | | | Buy | 03/16/11 | N | | |
| 126. | | | | | Buy | 03/17/11 | N | | |
| 127. | | | | | Sold | 03/21/11 | O | D | |
| 128. | | | | | Buy | 03/23/11 | O | | |
| 129. | | | | | Sold | 03/23/11 | O | D | |
| 130. | | | | | Buy | 03/25/11 | M | | |
| 131. | | | | | Buy | 04/01/11 | M | | |
| 132. | | | | | Sold | 04/05/11 | O | | |
| 133. | | | | | Buy | 04/11/11 | N | | |
| 134. | | | | | Sold | 04/11/11 | N | A | |
| 135. | | | | | Buy | 07/27/11 | P1 | | |
| 136. | | | | | Sold (part) | 07/27/11 | O | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/29/11 | O | | |
| 138. | | | | | Buy | 8/10/11 | N | | |
| 139. | | | | | Buy | 8/15/11 | N | | |
| 140. | | | | | Sold (part) | 8/26/11 | N | | |
| 141. | | | | | Sold (part) | 8/30/11 | M | | |
| 142. | | | | | Buy | 8/30/11 | M | | |
| 143. | | | | | Sold | 9/2/11 | N | | |
| 144. | | | | | Buy | 10/12/11 | N | | |
| 145. | | | | | Sold | 10/13/11 | N | D | |
| 146. | | | | | Buy | 10/17/11 | N | | |
| 147. | | | | | Sold | 10/19/11 | N | C | |
| 148. | | | | | Buy | 10/21/11 | N | | |
| 149. | | | | | Buy | 10/24/11 | O | | |
| 150. | | | | | Sold (part) | 10/24/11 | P1 | D | |
| 151. | | | | | Buy | 10/25/11 | N | | |
| 152. | | | | | Sold | 10/26/11 | N | A | |
| 153. | | | | | Buy | 10/26/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/27/11 | N | D | |
| 155. Amazon Common Stock | | None | O | T | Buy | 01/07/11 | M | | |
| 156. | | | | | Buy | 01/27/11 | L | | |
| 157. | | | | | Sold (part) | 01/27/11 | K | | |
| 158. | | | | | Buy | 02/02/11 | O | | |
| 159. | | | | | Sold (part) | 02/08/11 | N | D | |
| 160. | | | | | Buy | 02/09/11 | N | | |
| 161. | | | | | Sold (part) | 02/09/11 | N | E | |
| 162. | | | | | Sold (part) | 02/11/11 | N | D | |
| 163. | | | | | Buy | 02/15/11 | M | | |
| 164. | | | | | Buy | 03/08/11 | N | | |
| 165. | | | | | Sold (part) | 03/14/11 | M | | |
| 166. | | | | | Sold (part) | 03/15/11 | M | | |
| 167. | | | | | Buy | 03/15/11 | J | | |
| 168. | | | | | Sold (part) | 03/15/11 | M | | |
| 169. | | | | | Buy | 03/17/11 | M | | |
| 170. | | | | | Sold | 03/21/11 | M | C | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy | 03/23/11 | O | | |
| 172. | | | | | Sold<br>(part) | 03/23/11 | M | C | |
| 173. | | | | | Buy | 03/24/11 | N | | |
| 174. | | | | | Buy | 04/26/11 | L | | |
| 175. | | | | | Sold<br>(part) | 04/27/11 | M | E | |
| 176. | | | | | Buy | 04/28/11 | N | | |
| 177. | | | | | Sold<br>(part) | 04/29/11 | O | | |
| 178. | | | | | Buy | 06/01/11 | M | | |
| 179. | | | | | Sold | 06/07/11 | N | | |
| 180. | | | | | Buy | 07/15/11 | P1 | | |
| 181. | | | | | Sold | 07/15/11 | P1 | E | |
| 182. | | | | | Buy | 07/18/11 | P1 | | |
| 183. | | | | | Sold<br>(part) | 07/18/11 | M | B | |
| 184. | | | | | Buy | 07/19/11 | O | | |
| 185. | | | | | Sold<br>(part) | 07/19/11 | P1 | E | |
| 186. | | | | | Buy | 07/20/11 | O | | |
| 187. | | | | | Sold<br>(part) | 07/26/11 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 07/27/11 | O | | |
| 189. | | | | | Sold (part) | 07/27/11 | N | B | |
| 190. | | | | | Sold | 07/29/11 | O | B | |
| 191. | | | | | Buy | 08/01/11 | N | | |
| 192. | | | | | Sold (part) | 08/01/11 | M | B | |
| 193. | | | | | Sold | 08/04/11 | M | | |
| 194. | | | | | Buy | 08/10/11 | O | | |
| 195. | | | | | Sold (part) | 08/10/11 | N | C | |
| 196. | | | | | Buy | 08/23/11 | M | | |
| 197. | | | | | Sold (part) | 08/23/11 | M | A | |
| 198. | | | | | Buy | 08/24/11 | M | | |
| 199. | | | | | Buy | 08/26/11 | M | | |
| 200. | | | | | Sold (part) | 08/26/11 | N | D | |
| 201. | | | | | Buy | 09/02/11 | N | | |
| 202. | | | | | Sold | 09/02/11 | O | | |
| 203. | | | | | Buy | 09/14/11 | P1 | | |
| 204. | | | | | Sold (part) | 09/15/11 | O | E | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/19/11 | O | E | |
| 206. | | | | | Buy | 09/20/11 | N | | |
| 207. | | | | | Sold (part) | 09/21/11 | K | A | |
| 208. | | | | | Buy | 10/11/11 | L | | |
| 209. | | | | | Sold (part) | 10/11/11 | M | | |
| 210. | | | | | Buy | 10/12/11 | M | | |
| 211. | | | | | Sold (part) | 10/14/11 | N | D | |
| 212. | | | | | Buy | 10/19/11 | M | | |
| 213. | | | | | Sold (part) | 10/24/11 | M | | |
| 214. | | | | | Sold | 10/27/11 | M | | |
| 215. | | | | | Buy | 11/3/11 | M | | |
| 216. | | | | | Sold | 11/3/11 | M | A | |
| 217. | | | | | Buy | 11/4/11 | N | | |
| 218. | | | | | Sold (part) | 11/4/11 | M | C | |
| 219. | | | | | Sold | 11/7/11 | M | A | |
| 220. | | | | | Buy | 11/8/11 | N | | |
| 221. | | | | | Sold (part) | 11/8/11 | M | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 11/11/11 | N | | |
| 223. | | | | | Sold (part) | 11/11/11 | N | C | |
| 224. | | | | | Buy | 11/14/11 | N | | |
| 225. | | | | | Sold (part) | 11/14/11 | N | D | |
| 226. | | | | | Sold | 11/15/11 | M | B | |
| 227. | | | | | Buy | 11/15/11 | N | | |
| 228. | | | | | Buy | 11/18/11 | M | | |
| 229. | | | | | Sold (part) | 11/18/11 | M | B | |
| 230. | | | | | Buy | 12/6/11 | N | | |
| 231. | | | | | Sold (part) | 12/6/11 | N | A | |
| 232. | | | | | Buy | 12/8/11 | N | | |
| 233. | | | | | Sold (part) | 12/8/11 | N | D | |
| 234. | | | | | Sold (part) | 12/9/11 | N | | |
| 235. | | | | | Buy | 12/12/11 | M | | |
| 236. | | | | | Sold (part) | 12/12/11 | M | A | |
| 237. | | | | | Buy | 12/13/11 | N | | |
| 238. | | | | | Sold (part) | 12/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/30/11 | N | | |
| 240.  Yahoo Common Stock | | None | O | T | Buy | 10/27/11 | N | | |
| 241. | | | | | Buy | 10/31/11 | M | | |
| 242. | | | | | Buy | 11/9/11 | M | | |
| 243. | | | | | Sold (part) | 11/18/11 | N | | |
| 244. | | | | | Buy | 12/13/11 | M | | |
| 245. | | | | | Sold (part) | 12/30/11 | O | | |
| 246.  Cisco Common Stock | A | Dividend | | | Buy | 2/9/11 | K | | |
| 247. | | | | | Sold | 7/27/11 | K | | |
| 248.  Whirlpool Common Stock | A | Dividend | | | Buy | 08/08/11 | L | | |
| 249. | | | | | Sold | 08/29/11 | L | C | |
| 250. | | | | | Buy | 8/30/11 | L | | |
| 251. | | | | | Sold | 8/30/11 | L | B | |
| 252. | | | | | Buy | 10/5/11 | M | | |
| 253. | | | | | Sold (part) | 10/5/11 | L | A | |
| 254. | | | | | Buy | 10/6/11 | L | | |
| 255. | | | | | Sold | 10/6/11 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy | 10/12/11 | M | | |
| 257. | | | | | Sold | 10/27/11 | M | D | |
| 258. | | | | | Buy | 11/3/11 | L | | |
| 259. | | | | | Sold | 11/3/11 | L | A | |
| 260. | | | | | Buy | 11/4/11 | L | | |
| 261. | | | | | Sold | 11/4/11 | L | A | |
| 262. Apple Common Stock | | None | | | Buy | 03/16/11 | N | | |
| 263. | | | | | Sold | 03/21/11 | N | D | |
| 264. | | | | | Buy | 03/23/11 | O | | |
| 265. | | | | | Sold | 03/23/11 | O | B | |
| 266. | | | | | Buy | 04/06/11 | N | | |
| 267. | | | | | Sold | 04/29/11 | N | D | |
| 268. | | | | | Buy | 04/29/11 | P1 | | |
| 269. | | | | | Buy | 06/07/11 | N | | |
| 270. | | | | | Sold | 06/07/11 | P1 | | |
| 271. | | | | | Buy | 07/14/11 | P1 | | |
| 272. | | | | | Sold | 07/14/11 | P1 | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 07/27/11 | P1 | | |
| 274. | | | | | Sold (part) | 7/27/11 | N | B | |
| 275. | | | | | Sold | 7/29/11 | O | B | |
| 276. | | | | | Buy | 7/29/11 | O | | |
| 277. | | | | | Sold | 8/1/11 | O | D | |
| 278. | | | | | Buy | 8/2/11 | N | | |
| 279. | | | | | Sold | 8/4/11 | N | | |
| 280. | | | | | Buy | 8/5/11 | N | | |
| 281. | | | | | Buy | 8/12/11 | N | | |
| 282. | | | | | Sold | 8/12/11 | O | B | |
| 283. | | | | | Buy | 8/22/11 | O | | |
| 284. | | | | | Sold | 8/23/11 | O | E | |
| 285. | | | | | Buy | 8/24/11 | M | | |
| 286. | | | | | Sold | 8/25/11 | M | D | |
| 287. | | | | | Buy | 8/30/11 | N | | |
| 288. | | | | | Buy | 8/31/11 | N | | |
| 289. | | | | | Sold | 8/31/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 9/1/11 | N | | |
| 291. | | | | | Buy | 9/2/11 | N | | |
| 292. | | | | | Sold | 9/2/11 | O | | |
| 293. | | | | | Buy | 9/14/11 | P1 | | |
| 294. | | | | | Sold | 9/19/11 | P1 | | |
| 295. | | | | | Buy | 10/18/11 | N | | |
| 296. | | | | | Sold | 10/19/11 | N | D | |
| 297. | | | | | Buy | 10/21/11 | N | | |
| 298. | | | | | Buy | 10/24/11 | N | | |
| 299. | | | | | Sold | 10/24/11 | O | D | |
| 300. Baidu ADRs | | None | | | Buy | 4/28/11 | N | | |
| 301. | | | | | Sold | 4/29/11 | N | C | |
| 302. | | | | | Buy | 5/4/11 | M | | |
| 303. | | | | | Sold | 5/10/11 | M | B | |
| 304. | | | | | Buy | 5/11/11 | M | | |
| 305. | | | | | Sold | 6/7/11 | M | | |
| 306. | | | | | Buy | 7/14/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 7/14/11 | N | | |
| 308. | | | | | Sold | 7/15/11 | M | | |
| 309. | | | | | Buy | 7/21/11 | M | | |
| 310. | | | | | Sold | 7/22/11 | M | B | |
| 311. | | | | | Buy | 08/03/11 | M | | |
| 312. | | | | | Sold | 8/3/11 | M | A | |
| 313. | | | | | Buy | 8/9/11 | M | | |
| 314. | | | | | Sold | 8/12/11 | M | | |
| 315. | | | | | Buy | 8/24/11 | N | | |
| 316. | | | | | Buy | 8/26/11 | O | | |
| 317. | | | | | Sold (part) | 8/26/11 | O | D | |
| 318. | | | | | Buy | 8/29/11 | O | | |
| 319. | | | | | Buy | 09/01/11 | M | | |
| 320. | | | | | Buy | 9/02/11 | N | | |
| 321. | | | | | Sold | 9/02/11 | N | | |
| 322. | | | | | Buy | 9/16/11 | O | | |
| 323. | | | | | Buy | 9/19/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 9/26/11 | N | | |
| 325. | | | | | Buy | 10/10/11 | M | | |
| 326. | | | | | Sold | 10/11/11 | N | C | |
| 327. | | | | | Buy | 10/12/11 | M | | |
| 328. | | | | | Sold | 10/13/11 | M | C | |
| 329. | | | | | Buy | 11/3/11 | M | | |
| 330. | | | | | Sold | 11/3/11 | M | B | |
| 331. | | | | | Buy | 11/4/11 | N | | |
| 332. | | | | | Sold | 11/4/11 | M | B | |
| 333. | | | | | Buy | 11/7/11 | N | | |
| 334. | | | | | Sold | 11/08/11 | N | C | |
| 335. | | | | | Buy | 9/19/11 | J | | |
| 336. | | | | | Buy | 11/9/11 | M | | |
| 337. | | | | | Sold | 12/9/11 | M | | |
| 338. Ebay Common Stock | | None | | | Buy | 9/16/11 | L | | |
| 339. | | | | | Buy | 9/19/11 | M | | |
| 340. | | | | | Sold (part) | 10/4/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 10/27/11 | L | | |
| 342. | | | | | Buy | 11/30/11 | M | | |
| 343. | | | | | Sold (part) | 12/2/11 | K | A | |
| 344. | | | | | Sold | 12/5/11 | M | C | |
| 345.  GM Common Stock | | None | | | Buy | 11/10/11 | M | | |
| 346. | | | | | Sold | 11/10/11 | M | B | |
| 347.  Johnson & Johnson Common Stock | B | Dividend | | | Buy | 1/4/11 | M | | |
| 348. | | | | | Sold | 4/29/11 | M | D | |
| 349.  Netflix Common Stock | | None | | | Buy | 10/25/11 | L | | |
| 350. | | | | | Sold | 10/26/11 | L | B | |
| 351.  Rambus Common Stock | | None | | | Buy | 03/15/11 | K | | |
| 352. | | | | | Sold | 03/15/11 | K | A | |
| 353. | | | | | Buy | 9/20/11 | K | | |
| 354. | | | | | Sold | 10/10/11 | K | C | |
| 355. | | | | | Buy | 10/14/11 | K | | |
| 356. | | | | | Sold | 10/24/11 | K | B | |
| 357. | | | | | Buy | 11/10/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 11/11/11 | K | A | |
| 359. | | | | | Buy | 11/16/11 | J | | |
| 360. | | | | | Sold | 11/17/11 | J | A | |
| 361. Research In Motion Common Stock | | None | | | Buy | 02/09/11 | N | | |
| 362. | | | | | Sold | 02/10/11 | N | A | |
| 363. | | | | | Buy | 03/24/11 | M | | |
| 364. | | | | | Sold | 9/14/11 | L | | |
| 365. Valero Common Stock | | None | | | Buy | 2/9/11 | M | | |
| 366. | | | | | Sold | 2/10/11 | M | C | |
| 367. POA Account # 1 : Chase Accounts (X) | B | Interest | N | T | | | | | |
| 368. POA Account# 2: Bank of America (CD)(X) | A | Interest | M | T | | | | | |
| 369. POA Accoount #3: Vanguard Wellington Admiral Fund (X) | B | Dividend | L | T | | | | | |
| 370. POA Account #4 (X) | | | | | | | | | |
| 371. -Rochester Municipal Fund (X) | A | Dividend | | | Sold | 02/25/11 | L | | |
| 372. -Eaton Vance Floating Rate Fund(X) | B | Dividend | L | T | Buy | 06/01/11 | L | | |
| 373. -Oppenheimer Senior Floating Rate Fund (X) | C | Dividend | L | T | | | | | |
| 374. POA Account #5: (X) | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -CitiBank Deposit Program | | | | | | | | | |
| 376. -Merrill Lynch Preferred | | | | | | | | | |
| 377. -DWS High Income Fund | | | | | | | | | |
| 378. POA Account #6: (X) | C | Int./Div. | M | T | | | | | |
| 379. -Western Asset Money Market | | | | | | | | | |
| 380. -CitiBank Deposit Program | | | | | | | | | |
| 381. -Intel | | | | | | | | | |
| 382. -Gabelli Equity Tr. PFD | | | | | | | | | |
| 383. -Morgan Stanley Preferred | | | | | | | | | |
| 384. -DWS High Income Fund | | | | | | | | | |
| 385. -DWS Gov't Securities Fund | | | | | | | | | |
| 386. POA Account #7: (X) | C | Int./Div. | M | T | | | | | |
| 387. -CitiBank Deposit Program | | | | | | | | | |
| 388. -Columbia Acorn Select Fund | | | | | | | | | |
| 389. -Columbia Select Smaller Cap Fund | | | | | | | | | |
| 390. -DWS Strategic Value Fund | | | | | | | | | |
| 391. -Fidelity Advisor Diversified International Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -JP Morgan Mid Cap Value Fund | | | | | | | | | |
| 393. -Growth Fund of America | | | | | | | | | |
| 394. -Invesco Van Kampen Senior. Loan Fund | | | | | | | | | |
| 395. -Touchtone Mid Cap Growth Fund | | | | | | | | | |
| 396. -Lehman Brothers Holdings Preferred Ser M | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions and Investments: The transactions became reportable because the POA became active in January 2011

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 5/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Naomi R. Buchwald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544